IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIJENDRA K. BOKEN, Ph.D; <br><br> Plaintiff, <br><br> vs. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Defendant. | **4:26CV3073** <br><br><br> **ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 5th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge